Form B6 Continued - (6/90)  1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Case No.: |
|---|---|
| Kevin Oliver Somerville  Debtor. | (If known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A- | Real Property | Yes | 1 | $200,000.00 | | |
| B- | Personal Property | Yes | 3 | $6,000.00 | | |
| C- | Property Claimed as Exempt | Yes | 1 | | | |
| D- | Creditors Holding Secured Claims | Yes | 1 | | $81,500.00 | |
| E- | Creditors Holding Unsecured Priority Claims | Yes | 1 | | $0 | |
| F- | Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $0 | |
| G- | Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H- | Codebtors | Yes | 1 | | | |
| I- | Current Income of Individual Debtor(s) | Yes | 1 | | | $2,252.00 |
| J- | Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,417.00 |
| | Total Number of Sheets of ALL Schedules ▶ | | 12 | | | |
| | | | Total Assets ▶ | $206,000.00 | | |
| | | | | Total Liabilities ▶ | $81,500.00 | |