```
Kevin Oliver Somerville
823 West Cherry Street
Compton,Ca 90222


United States Trustee
725 South Figueroa Street, 26th Floor
Los Angeles,Ca 90017
```

Los Angeles County Tax Collector
P O Box 54018
Los Angeles,Ca 90054-0018


Budget Finance Company
11111 West OLympic Blvd 2nd Floor
Los Angeles,Ca 90064